UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – Detroit

LABORERS' PENSION TRUST FUND-DETROIT
AND VICINITY; LABORERS' VACATION AND
HOLIDAY TRUST FUND-DETROIT AND
VICINITY; LABORERS' AND POURED CONCRETE
WORKERS' INSURANCE FUND; LABORERS'    Case No. 03-73555
ANNUITY FUND-DETROIT AND VICINITY;    Hon. Avern Cohn
MICHIGAN LABORERS' TRAINING FUND; and    Magistrate Judge Wallace Capel, Jr.
the POURED CONCRETE WALL INDUSTRY
STEWARD FUND, trust funds established under,
and administered pursuant to, federal law,

      Plaintiffs/Counter-Defendants,
v

AMATO'S CONSTRUCTION COMPANY, a
corporation incorporated under the laws of the
State of Michigan,

      Defendant/Counter-Plaintiff.

---

| | |
|---|---|
| ERMAN, TEICHER, MILLER, | KELLER THOMA, P.C. |
| ZUCKER & FREEDMAN, P.C. | Bruce M. Bagdady (P40476) |
| Earle I. Erman (P24296) | Barbara A. Rohrer (P58807) |
| Co-Counsel for Plaintiffs | Counsel for Defendant |
| 400 Galleria Officentre, #444 | 440 East Congress, Fifth Floor |
| Southfield, MI 48034 | Detroit, MI 48226 |
| (248) 827-4100 – telephone | (313) 965-7610 – telephone |
| (248) 827-4106 – facsimile | (313) 965-4480 – facsimile |

SACHS WALDMAN, P.C.
Robert A. Farr, Jr. (P61597)
Rolland R. O'Hare (P18443)
Counsel for Plaintiffs
1000 Farmer St.
Detroit, MI 48226
(313) 965-3464 – telephone
(313) 965-0268 – facsimile

---

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Vincenzo Amato**

THIS MATTER having come before this Court on Plaintiff's Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Vincenzo Amato, principal of Defendant, whose address is 8615 East Pierson, Shelby Township, Michigan 48316, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **Wednesday, May 24, 2006 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendant on January 21, 2005.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Debtor has or has had any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by or on behalf of Debtor with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any

income received, property owned, business activities, sale or intangibles tax, of Debtor at any and all times during the period three (3) years preceding the date hereof or date of cessation of business, whichever is earlier;

    3.    All books of account and accounts receivable ledgers;

    4.    List of assets and liabilities;

    5.    All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by or on behalf of Debtor at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier; and

    6.    Copies of all profit and loss statements and balance sheets relating to the affairs of Debtor prepared by, or on behalf of, said Debtor during the period three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

    IT IS FURTHER ORDERED that said corporation, and its officers and directors, are restrained from transferring or disposing of any property, whether now owned, or hereafter acquired by, or becoming due, until further order of this Court.  This order does not apply to property exempt by law from application to the satisfaction of the judgment.

DATED:  April 07, 2006            s/ Avern Cohn_____
                                     UNITED STATES DISTRICT COURT JUDGE

F:\FUNDS\amato's\jde det lab order.doc